IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:14-mj-204-CSC |
| | ) | |
| DAVID PAUL ASH | ) | |

GOVERNMENT'S MOTION FOR DETENTION

Comes now the United States of America, by and through George L. Beck, Jr., United States Attorney for the Middle District of Alabama, and pursuant to 18 U.S.C. 3142(e) and (f) moves for detention for the above-captioned defendant.

1. Eligibility of Cases

   This case is eligible for a detention order because this case involves:

   _____     10 + year crime of violence (18 U.S.C. § 3156)

   _____     10 + year federal crime of terrorism (18 U.S.C. § 2332b(g)(5)(B))

   _____     Maximum sentence of life imprisonment or death

   \_\_X\_\_\_     10 + year drug offense

   _____     Felony, with two prior convictions in the above categories

   _____     Felony involving a minor victim

   _____     Felony involving possession or use of a firearm or other destructive device (as defined by 18 U.S.C. § 921) or any other dangerous weapon

   _____     Failure to register as a sex offender (18 U.S.C. § 2250)

   \_\_\_X\_\_\_     Serious risk the defendant will flee

   _____     Serious risk of obstruction of justice

2. <u>Reason for Detention</u>

The Court should detain defendants because there are no conditions of release which will reasonably assure:

   __X__       Defendants' appearance as required

   _____       Safety of any other person and the community

3. <u>Rebuttable Presumption</u>

The United States will invoke the rebuttable presumption against defendant under Section 3142(e).

   _____       Previous conviction for "eligible" offense committed while on pretrial bond, and a period of five years has not elapsed from defendant's conviction or release from imprisonment for the offense described

   __X__       Probable cause to believe defendant committed 10 + year drug offense or probable cause to believe that defendant committed a crime in which a firearm was used or carried under Section 924(c)

   _____       Probable cause to believe defendant conspired to kill, kidnap, maim, or injure persons in a foreign country as prohibited under 18 U.S.C. § 956(a)

   _____       Probable cause to believe defendant committed act of terrorism transcending national boundaries (18 U.S.C. § 2332) or a 10 + year federal crime of terrorism as defined in 18 U.S.C. § 2332b(g)(5)(B))

   _____       Probable cause to believe defendant committed 10 + year offense involving a minor victim

4. <u>Time for Detention Hearing</u>

The United States requests the Court conduct the detention hearing:

   _____       At the initial appearance

   __X__       After continuance of 3 days

The Government requests leave of Court to file a supplemental motion with additional grounds or presumption for detention should this be necessary.

Respectfully submitted this the 8th day of December, 2014.

                                      GEORGE L. BECK, JR.
                                      UNITED STATES ATTORNEY

                                      /s/John J. Geer, III
                                      JOHN J. GEER, III
                                      Assistant United States Attorney
                                      131 Clayton Street
                                      Montgomery, Alabama 36101-0197
                                      Phone: 334-223-7280
                                      FAX:   334-223-7135
                                      E-mail: john.geer@usdoj.gov